## Johnson to use, Appellant, *v.* Potamkin.

*Appeals—Affidavit of defense—Refusal to enter judgment.*
An order refusing to enter judgment for want of a sufficient affidavit of defense, will not be reversed unless error clearly appears.

Argued May 9, 1923. Appeal, No. 13, Jan. T., 1924, by plaintiff, from order of C. P. No. 4, Phila. Co., Sept. T., 1922, No. 5020, discharging rule for judgment for want of sufficient affidavit of defense, in case of James Johnson, to use of Leonard Averett et al. v. Harry Potamkin. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ. Affirmed.

Rule for judgment for want of sufficient affidavit of defense. Before AUDENRIED, P. J.

Rule discharged. Plaintiff appealed.

*Error assigned* was order, quoting record.

*I. G. Gordon Forster,* with him *Abraham Wernick* and *Rowland C. Evans,* for appellants.

*Yale L. Schekter,* for appellee, was not heard.

PER CURIAM, June 23, 1923:
This is an appeal from an order refusing to enter judgment for want of a sufficient affidavit of defense; such

orders will not be reversed unless error clearly appears, and, in the present instance, this is not the case. As the record must be returned for trial before a jury, we shall follow the usual practice and refrain from further comment.

The order is affirmed.